**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 1:29

| | |
|---|---|
| HALOX TECHNOLOGIES, INC. | : |
| V. | : |
| | : No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., RICHARD SAMPSON and ALLISON SAMPSON | : |
| | : October 22, 2003 |

## APPEARANCE

Please enter my appearance on behalf of Defendants Dripping Wet Water, Inc., Richard Sampson and Allison Sampson in the above-captioned matter.

_/s/ Edward R. Scofield_
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 22nd day of October, 2003.

*[signature]*
Edward R. Scofield