Halox Technologies, Inc., et. al., Plaintiff(s)
vs.
Dripping Wet Water, Inc., et. al., Defendant(s)

**RECEIVED OCT 17 2003**



Service of Process by
**APS International, Ltd.**
1-800-328-7171
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

**CANTOR COLBURN LLP**

**AFFIDAVIT OF SERVICE – Individual**

Service of Process on:
   --Allison H. Sampson

CANTOR COLBURN, LLP
Ms Shelley Lehell
55 Griffin Road South
Bloomfield, CT 06002

Court Case No. _____
3:03cv1008(SRU)

State of: __Texas__ ) ss.
County of: __Bexar__ )

Name of Server: __Elizabeth A. Brown__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __2nd__ day of __October__, 20__03__, at __4:45__ o'clock __P__ M

Place of Service: at __8622 Raintree Woods Dr.__, in __Fair Oaks, TX 78015__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Allison H. Sampson**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of __Richard Sampson__, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is __Husband__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __N/A__
Approx. Age __50__; Approx. Height __5'10"__; Approx. Weight __200__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Elizabeth A. Brown_ 10/2/03
Signature of Server        (Date)

**APS International, Ltd.**
APS File #: 062104-0001

Subscribed and sworn to before me this __7th__ day of __October__, 20__03__

_Justine Gilbreth_  6-5-07
Notary Public    (Commission Expires)

JUSTINE GILBRETH
MY COMMISSION EXPIRES
June 5, 2007