Halox Technologies, Inc., et. al., Plaintiff(s)
vs.
Dripping Wet Water, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122



## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

CANTOR COLBURN, LLP
Ms Shelley Lebell
55 Griffin Road South
Bloomfield, CT 06002

--Dripping Wet Water, Inc.
Court Case No. _____

3:03 CV 1008(SRU)

State of: __Texas__ ) ss.
County of: __Bexar__ )

**Name of Server:** __Elizabeth A. Brown__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the __2nd__ day of __October__, 20 __03__, at __4:45__ o'clock __p__ M

**Place of Service:** at __8622 Raintree Woods Dr.__, in __Fair Oaks, TX 78015__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dripping Wet Water, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Richard L. Sampson, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __N/A__
Approx. Age __50__ ; Approx. Height __5'10"__ ; Approx. Weight __200__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Elizabeth A. Brown   10/7/03
Signature of Server       (Date)

Subscribed and sworn to before me this
__7th__ day of __October__, 20 __03__

Justine Gilbreth   6-5-07
Notary Public       (Commission Expires)

APS International, Ltd.
APS File #: 062104-0001

JUSTINE GILBRETH
MY COMMISSION EXPIRES
June 5, 2007