**ORIGINAL**

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 22  P 1: 29

| | |
|---|---|
| HALOX TECHNOLOGIES, INC. | : |
| | : |
| V. | : |
| | : No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., | : |
| RICHARD SAMPSON and | : |
| ALLISON SAMPSON | : |
| | : October 22, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7 (b)1(a) of the Local Rules for the District of Connecticut, Defendants respectfully move for an initial extension of twenty (20) days, up to and including November 12, 2003, in which to respond to the Complaint. In support of this motion, the undersigned represents as follows:

1. The requested extension is necessary to enable defendants' counsel to prepare a response.

2. This is the first request for an extension of this deadline.

3. Counsel for plaintiff, Michael Rye, has no objection to the granting of this motion.

WHEREFORE, Defendants respectfully request that its motion be granted and that the time for its response be extended up to and including November 12, 2003.

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, USDJ 10/23/03