ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 12 P 3: 53
US DISTRICT COURT
BRIDGEPORT CT

HALOX TECHNOLOGIES, INC.

V.

DRIPPING WET WATER, INC.,
RICHARD SAMPSON and
ALLISON SAMPSON

No. 3:03cv01008 (SRU)

November 12, 2003

## MOTION TO DISMISS

Defendants Dripping Wet Water, Inc., Richard Sampson, and Allison Sampson hereby move, under Rule 12(b)(6) Fed. R. Civ. P., to dismiss the First, Second, and Third Counts of the First Amended Complaint, on grounds that those counts fail to state a claim upon which relief can be granted. The grounds for the motion are more fully set forth in the accompanying Memorandum of Law.

WHEREFORE, defendants respectfully request that their motion be granted.

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 12th day of November, 2003.

Edward R. Scofield