UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -8 A 10: 24

| | |
|---|---|
| HALOX TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 3:03 CV 1008 (SRU) |
| ) | |
| v. ) | FORM 26(F) REPORT OF |
| ) | PARTIES' PLANNING MEETING |
| DRIPPING WET WATER, INC., ) | |
| RICHARD L. SAMPSON and ) | |
| ALLISON H. SAMPSON ) | |
| ) | |
| Defendant. ) | December 5, 2003 |

Date Complaint Filed: June 6, 2003
Date First Amended Complaint Filed: October 1, 2003
Date First Amended Complaint Served: October 2, 2003
Date of Defendants' Appearance: October 22, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a conference was held on November 20, 2003. The participants were:

Michael J. Rye and Charles F. O'Brien, Cantor Colburn LLP, for Plaintiff, Halox Technologies, Inc.

Edward R. Scofield, Zeldes, Needle & Cooper, for Defendants, Dripping Wet Water, Inc., Richard L. Sampson and Allison H. Sampson.

**Certification**

Undersigned counsel certify that, after consultation with their clients, they have discussed [n]ature and basis of the parties' claims and defenses and any possibilities for achieving a [prom]pt settlement or other resolution of the case and, in consultation with their clients, have [devel]oped the following proposed case management plan. Counsel further certify that they have [forwa]rded a copy of this report to their clients.

Report Approved. Discovery cutoff date October 31, 2004
Dispositive motions due by December 15, 2004
Status Conference to be held on date to be set
An order indicating the Conference time will separately issue.
SO ORDERED
12/12/03
Stefan R. Underhill, U.S.D.J.