ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 A 11: 41
U.S. DISTRICT COURT
BRIDGEPORT, CONN

HALOX TECHNOLOGIES, INC.

V.

DRIPPING WET WATER, INC.,
RICHARD SAMPSON and
ALLISON SAMPSON

No. 3:03cv01008 (SRU)

March 15, 2004

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7 (b)1(b) of the Local Rules for the District of Connecticut, Defendants respectfully move for an initial extension of twenty (30) days, up to and including April 14, 2004, in which to respond to plaintiff's First Set of Requests for Production. In support of this motion, the undersigned represents as follows:

1. The requested extension is necessary to enable defendants' counsel to prepare a response.

2. This is the first request for an extension of this deadline.

3. Counsel for plaintiff, Charles O'Brien, has no objection to the granting of this motion.

WHEREFORE, Defendants respectfully request that its motion be granted and that the time for its response be extended up to and including April 14, 2004.

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

FILED 2004 MAR 23 A 5:15
U.S. DISTRICT COURT
BRIDGEPORT CONN

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 15th day of March, 2004.

_____
Edward R. Scofield