ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 14 P 3: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

HALOX TECHNOLOGIES, INC.

V.

DRIPPING WET WATER, INC.,
RICHARD SAMPSON and
ALISON SAMPSON

No. 3:03cv01008 (SRU)

April 14, 2004

FILED 2004 APR 20 P [...]
U.S. DISTRICT
BRIDGEPORT, CT

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7 (b)2 of the Local Rules for the District of Connecticut, Defendants respectfully move for an initial extension of two (2) days, up to and including April 16, 2004, in which to respond to plaintiff's First Set of Requests for Production. In support of this motion, the undersigned represents as follows:

1. The requested brief extension is necessary to enable defendants' counsel to consult with his client and finalize the responses and objections.

2. This is the second request for an extension of this deadline.

3. Counsel for plaintiff, Charles O'Brien, has no objection to the granting of this motion.

WHEREFORE, Defendants respectfully request that its motion be granted and that the time for its response be extended up to and including April 16, 2004.

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.