UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HALOX TECHNOLOGIES, INC. | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:03cv1008 (SRU) |
| DRIPPING WET WATER, INC. | : | |
| | | |
| DRIPPING WET WATER, INC., ET AL | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:04cv752 |
| HALOX TECH, INC., ET AL | : | |

**REFERRAL TO MAGISTRATE JUDGE**

These cases are referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___  A ruling on the following motions which are currently pending:  (orefm.)

_X_  A settlement conference (orefmisc./cnf)

___  A conference to discuss the following:  (orefmisc./cnf) _____

___  Other:  (orefmisc./misc) _____

SO ORDERED this 16th day of June 2004, at Bridgeport, Connecticut.

                                             /s/ Stefan R. Underhill
                                             Stefan R. Underhill
                                             United States District Judge