UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants. | Civil Action No. 3:03 CV 01008 (SRU) |
| DRIPPING WET WATER, INC, <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON <br><br> Plaintiffs, <br><br> v. <br><br> HALOX TECHNOLOGIES, INC., <br> PULSAFEEDER, INC., <br> IDEX CORP., and <br> DXP ENTERPRISES, INC. <br><br> Defendants. | Civil Action No. 3:04-cv-00752 (SRU) <br><br><br><br><br><br><br><br><br><br> July 28, 2004 |

**JOINT MOTION TO CONTINUE**

The parties jointly move this Honorable Court to as follows:

1. The complaint in Civil Action No. 3:03 CV 01008 was filed on June 6, 2003.

2. The complaint in Civil Action No. 3:04 CV 00752 was initially filed in the United States District Court, Western District of Texas (SA-03-CA-1048-OG), and was transferred to this Court on May 4, 2004.

3. With respect to Civil Action No. 3:03 CV 01008, in November of 2003, the defendants filed a motion to dismiss pursuant to Rule 12(b)(6). The Court initially scheduled a hearing for June 22, 2004 and, in a joint letter to the Court dated June 16, 2004, the parties requested that the hearing be adjourned pending the outcome of a then to be scheduled mediation. The hearing was adjourned and has been rescheduled for August 18, 2004.

4. With respect to Civil Action No. 3:03 CV 01008, on December 15, 2004, the Court issued an endorsement order approving the parties Rule 26(f) Report and issued a scheduling order.

5. In a joint letter dated June 16, 2004, the parties requested that the Court refer the above actions to mediation for possible resolution.

6. On June 16, 2002, the Court issued orders referring both actions to mediation before Magistrate Judge William I. Garfinkel.

7. On July 22, 2004, the Court issued notices in both actions indicating that a settlement conference has been scheduled for August 30, 2004.

The parties hereby respectfully move this Court for an order that, pending the outcome of the mediation on August 30, 2004: (1) the date for submitting expert reports under the scheduling order in Civil Action No. 3:03 CV 01008, which is currently set for August 1, 2004, is continued and will be rescheduled at the status conference requested below, if necessary, (2) the hearing on the motion to dismiss in Civil Action No. 3:03 CV 01008 is continued and will be rescheduled at the status conference requested below, if necessary, and (3) that dates upon which the defendants in Civil Action No. 3:04-cv-00752 are to file responsive pleadings to the complaint is continued and will be rescheduled at the status conference requested below, if necessary. The parties

further respectfully request that the Court schedule a status conference following the mediation on August 30, 2004 during which time the parties can inform the Court concerning the outcome of the mediation and discuss scheduling issues, if needed, for both pending causes of action.

                        Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Michael J. Rye (ct 18354) | Edward R. Scofield (ct 00455) |
| Charles F. O'Brien (ct 22074) | Zeldes, Needle & Cooper |
| Cantor Colburn LLP | 1000 Lafayette Boulevard |
| 55 Griffin Road South | Post Office Box 1740 |
| Bloomfield, Connecticut 06002 | Bridgeport, Connecticut 06601 |
| Telephone: (860) 286-2929 | Telephone: (203) 333-9441 |
| Facsimile: (860) 286-0115 | Facsimile: (203) 333-1489 |

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 28th day of July, 2004.


                                                 _____/s/\_\_
                                                 Edward R. Scofield