UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HALOX TECHNOLOGIES, INC.

    v.                                                    3:03CV1008 SRU

DRIPPING WET WATER, INC., ET AL

DRIPPING WET WATER, INC., ET AL

    v.                                                    3:04CV752 SRU

HALOX TECHNOLOGIES, INC., ET AL.

## ORDER OF CONSOLIDATION

The following cases are hereby consolidated:

3:03cv1008(SRU) and 3:04cv752(SRU).

It is so ordered.

Dated at Bridgeport, Connecticut, this 8th day of September, 2004.

                                                    /s/ Stefan R. Underhill
                                                    Stefan R. Underhill
                                                    United States District Judge