UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (Bridgeport)
CASE NUMBER: 3:03CV1008(SRU)

**APPEARANCE**

HALOX TECHNOLOGIES, INC., )
)
Plaintiff, )
)
v. )
)
DRIPPING WET WATER, INC., )
RICHARD L. SAMPSON and )
ALLISON H. SAMPSON, )
)
Defendants.

To the Clerk of this Court and all parties of **record**:

Enter my appearance as counsel in this case for: DXP ENTERPRISES, INC.

_____     _____
Date                                 Signature

Ct 18354                             Michael J. Rye, Esq.
**Connecticut Federal Bar Number**   **Print Clearly or Type Name**

(860) 286-0115
**Fax Number**

                                     Cantor Colburn, LLP, 55 Griffin Road So.,
                                     55 Griffin Road, South
(860) 286-2929                       Bloomfield, CT  06002
**Telephone Number**                     **Address**

mrye@cantorcolburn.com
**E-mail Address**

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this 4th day of October, 2004 to the following:

R. Laurence Macon, Esq.
Akin, Gump, Strauss, Hauer & Feld
1500 Nationsbank Plaza
300 Covent Street, Suite 1500
San Antonio, TX  78205

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
PO Box 1740
Bridgeport, CT  06601-1740

_____
Signature