UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 OCT -8 P 12: 05

U.S. DISTRICT COURT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 3:03 CV 01008 (SRU) |
| v. | |
| DRIPPING WET WATER, INC., RICHARD L. SAMPSON and ALLISON H. SAMPSON, | |
| Defendants. | |

**ASSENTED TO MOTION TO WITHDRAW APPEARANCES**

Now comes Halox Technologies, Inc., Pulsafeeder, Inc., IDEX Corporation, and DXP Enterprises, Inc., and move this Honorable Court to withdraw the appearances filed by R. Laurence Macon, Esq. and Donna K. Schneider, Esq., both of Akin Gump Strauss Hauer & Feld, LLP, on behalf of said parties. As grounds therefore, said parties state the following:

1. In June of 2003, Halox Technologies, Inc. filed suit in this Court against Richard Sampson, Allison Sampson and Dripping Wet Water, Inc. (hereinafter the "Connecticut Action"). In the Connecticut Action, Halox Technologies, Inc. is represented by Cantor Colburn, LLP.

2. In September of 2003, Richard Sampson, Allison Sampson and Dripping Wet Water, Inc. filed suit in Texas state court against Halox Technologies, Inc., Pulsafeeder, Inc., and IDEX Corporation for defamation and business disparagement under Texas state law (hereinafter the "Texas States Court Action"). In October of 2003, Richard Sampson, Allison Sampson and

Dripping Wet Water, Inc. filed a first amended complaint adding DXP Enterprises, Inc. as a defendant in the Texas State Court Action.

3. The Texas State Court Action was then removed to the United States District Court, Western District of Texas and was assigned Civil Action No. SA 03 CA 1048 OG (hereinafter the "Removed Action")

4. In both the Texas State Court Action and the Removed Action, R. Laurence Macon, Esq. and Donna K. Schneider, Esq. filed appearances on behalf of Halox Technologies, Inc., Pulsafeeder, Inc., IDEX Corporation and DXP Enterprises, Inc..

5. The Removed Action was then transferred to this Court and was assigned Civil Action No. 3:04 CV 00752 (SRU). Upon the transfer of the Removed Action to this Court, counsel from Cantor Colburn LLP filed appearances on behalf of Halox Technologies, Inc., Pulsafeeder, Inc., and IDEX Corporation. Counsel from Cantor Colburn LLP also filed a limited appearance for DXP Enterprises, Inc. for purposes of mediation.

6. On September 13, 2004, this Court entered an order consolidating the transferred Removed Action with the Connecticut Action.

7. On October 5, 2004, counsel for Cantor Colburn LLP filed a general appearance on behalf of DXP Enterprises, Inc.

8. Counsel for Richard Sampson, Allison Sampson and Dripping Wet Water, Inc. has assented to this motion.

WHEREFORE, based on the above, Halox Technologies, Inc., Pulsafeeder, Inc., IDEX Corporation and DXP Enterprises, Inc. respectfully request that this Court grant this motion and allow R. Laurence Macon, Esq. and Donna K. Schneider, Esq. to withdraw their respective appearances in this consolidated action.

Respectfully submitted,

_____
R. Laurence Macon, Esq.
Donna K. Schneider, Esq.
Akin Gump Strauss Hauer & Feld LLP
300 Convent, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7206
Facsimile: (210) 224-2035

Dated: 10/6/04

Dated: 10/6/04

_____
Charles F. O'Brien (ct22074)
Michael J. Rye (ct 18354)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield CT 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing **ASSENTED TO MOTION TO WITHDRAW APPEARANCES** was mailed, via first-class, postage pre-paid, on Wednesday, October 06, 2004 to the following counsel of record.

R. Laurence Macon, Esq.
Akin, Gump, Strauss, Hauer & Feld
1500 Nationsbank Plaza
300 Covent Street, Suite 1500
San Antonio, TX 78205

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
PO Box 1740
Bridgeport, CT 06601-1740

_____
Charles F. O'Brien