```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

                  Motion Day Calendar

             Stefan R. Underhill, U. S. D. J.
                  915 Lafayette Boulevard
                        Bridgeport
                 Courtroom #1, 4th Floor

                     January 25, 2005
```

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714) IN WRITING, OR BY TELEPHONE CONFIRMED IN WRITING, NO LATER THAN **Jan. 18, 2005.** ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER PARTIES BEFORE MAKING THE REQUEST.

**10:00 a.m.**
**Halox v Dripping Wet Water        3:03cv1008**

Motion to Dismiss - doc #10

**10:45 a.m.**
**Mustico v Republic of Liberia        3:04cv364**

Motion to Dismiss - doc. #7

**12:00 p.m.**
**In Re Michaelesco v Shefts          3:04cv26**

Motions to Dismiss - docs. #26, 29, 31, 33, 34, 35, 37

**2:00 p.m.**
**Santoro v Hamden          3:04cv628**

Motion to Dismiss  - doc. #18
Motion to Stay Discovery - doc. #45

**2:45 p.m.**
**M. v Berkshire Med Ctr     3:04cv1026**

Motions to Dismiss - docs. #19, 31, 45

**3:30 p.m.**
**Brown v Hewlett Packard    3:03cv783**

Motion for Summary Judgment - doc. #37