UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 3:03 CV 01008 (SRU) |
| v. | |
| DRIPPING WET WATER, INC., RICHARD L. SAMPSON and ALLISON H. SAMPSON, | |
| Defendants. | |

**ASSENTED TO MOTION TO CONTINUE**

Plaintiff hereby moves this Honorable Court to as follows:

1. The complaint in Civil Action No. 3:03 CV 01008 was filed on June 6, 2003.

2. The complaint in Civil Action No. 3:04 CV 00752 was initially filed in the United States District Court, Western District of Texas (SA-03-CA-1048-OG), and was transferred to this Court on May 4, 2004.

3. The cases were consolidated by an ordered entered on September 13, 2004.

4. With respect to Civil Action No. 3:03 CV 01008, in November of 2003, the defendants filed a motion to dismiss pursuant to Rule 12(b)(6). The Court initially scheduled a hearing for June 22, 2004 and, in a joint letter to the Court dated June 16, 2004, the parties requested that the hearing be adjourned pending the outcome of a then to be scheduled mediation. The hearing was adjourned was thereafter rescheduled for August 18, 2004.

5. In the aforementioned joint letter dated June 16, 2004, the parties requested that the Court refer the above actions to mediation for possible resolution.

6.  On June 16, 2002, the Court issued orders referring both actions to mediation before Magistrate Judge William I. Garfinkel.

7.  On July 22, 2004, the Court issued notices in both actions indicating that a settlement conference had been scheduled for August 30, 2004.

8.  On August 30, 2004 counsel for both parties met with Magistrate Judge Garfinkel and explained that a contractual issue with a third party and defendants had arisen just days before that would have a material affect on the ability of the parties to settle the matter. Consequently, the mediation was rescheduled for November 16, 2004 to allow the parties time to address this issue and to attempt to have the third party present at the rescheduled mediation.

9.  On November 16, 2004, the parties and their respective counsel as well as the aforementioned third party attended the mediation with Magistrate Judge Garfinkel.

10. Since that time the parties have been discussing the technology at issue in this matter in an attempt to explore possible settlement options.

11. Counsel for defendants, Edward Scofield, has assented to this motion to continue. Plaintiff hereby respectfully moves this Court for an order that the hearing on the motion to dismiss is continued and will be rescheduled at the status conference that the Court has scheduled for January 27, 2005.

Respectfully submitted,

_____
Michael J. Rye (ct 18354)
Charles F. O'Brien (ct 22074)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing **ASSENTED TO MOTION TO CONTINUE** was mailed, via first-class, postage pre-paid, on the __19__ day of January, 2005 to the following counsel of record.

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
PO Box 1740
Bridgeport, CT  06601-1740

_____
Charles E. O'Brien