UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| HALOX TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 3:03 CV 01008 (SRU) |
| v. | |
| DRIPPING WET WATER, INC., RICHARD L. SAMPSON and ALLISON H. SAMPSON, | |
| Defendants. | April 5, 2005 |

**JOINT MOTION TO AMEND THE SCHEDULED DEADLINES**

The parties jointly move this Honorable Court to modify the current scheduling order as follows:

(A)    On or before April 25, 2005, Defendants shall file and their answer (and any counterclaims) to the Second Amended Complaint.  If Defendants elect to assert the claims in the state court complaint filed in the Texas Action as counterclaims, then that Case (No. 3:04 CV 00752 (SRU)) shall be dismissed; alternatively, the Complaint in that action shall be amended by April 25, 2005.

(B)    On or before May 26, the defendants to such counterclaims shall file responsive pleadings.

(C)    On or before August 26, 2005, all motions to join additional parties shall be filed.

(D)    The party bearing the burden of proof on a particular claim to which an expert will be called to testify at trial shall designate all such trial experts, exclusive of damages, and

provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P 26(a)(2) by January 23, 2006.

(E) A damages analysis will be provided by any party who has a claim or counterclaim for damages by March 2, 2006.

(F) Expert rebuttal reports shall be provided to opposing counsel March 17, 2006.

(G) All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed by May 8, 2006.

(H) Dispositive motions will be filed on or before June 22, 2006.

(I) The joint trial memorandum required by the standing order on trial memoranda in civil cases will be filed within thirty days of the disposition of the dispositive motions.

| For Plaintiff, | For Defendants, |
|---|---|
| /s/ | /s/ |
| Michael J. Rye (ct 18354) | Edward R. Scofield (ct 00455) |
| Charles F. O'Brien (ct 22074) | Zeldes, Needle & Cooper |
| CANTOR COLBURN LLP | 1000 Lafayette Boulevard |
| 55 Griffin Road South | Post Office Box 1740 |
| Bloomfield, Connecticut 06002 | Bridgeport, Connecticut 06601 |
| Telephone: (860) 286-2929 | Telephone: (203) 333-9441 |
| Facsimile: (860) 286-0115 | Facsimile: (203) 333-1489 |
| Email: cobrien@cantorcolburn.com | email: escofield@znclaw.com |
| Date: 4/5/05 | Date: 4/5/05 |

CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 5th day of April, 2005.

_____/s/
Edward R. Scofield