UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HALOX TECHNOLOGIES, INC. | : | |
| | : | |
| V. | : | |
| | : | No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., | : | |
| RICHARD SAMPSON and | : | |
| ALLISON SAMPSON | : | |
| | : | April 25, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

  Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7(b)2 of the Local Rules for the District of Connecticut, Defendants respectfully move for an extension of seven (7) days, up to and including May 2, 2005, in which to respond to the plaintiff's Second Amended Complaint, as modified by the Court's ruling granting defendants' motion to dismiss Counts One, Two, and Three. In support of this motion, the undersigned represents as follows:

  1. The requested brief extension is necessary to enable defendants' counsel to consult with his client and finalize the response to the complaint.

  2. This is the first request for an extension of this deadline.

  3. Counsel for plaintiff, Charles O'Brien, has no objection to the granting of this motion.

  WHEREFORE, Defendants respectfully request that its motion be granted and that

the time for its response be extended up to and including May 2, 2005.

                                                                           _____/s/
                                           Edward R. Scofield (ct00455)

                                           Zeldes, Needle & Cooper, P.C.
                                           1000 Lafayette Blvd., Suite 500
                                           Bridgeport, CT 06604
                                           Tel: (203) 333-9441
                                           Fax: (203) 333-1489
                                           e-mail: escofield@znclaw.com

Attorney for Defendants

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 25th day of April, 2005.

_____/s/
Edward R. Scofield