UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC. : | |
| : | |
| V. : | |
| : | No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., : | |
| RICHARD SAMPSON and : | |
| ALLISON SAMPSON : | |
| : | May 2, 2005 |

**JOINT MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7(b)2 of the Local Rules for the District of Connecticut, Plaintiffs respectfully move for an extension of four (4) days, up to and including May 6, 2005, in which to amend the Complaint in the consolidated case of Dripping Wet Water, Inc. et al v. Halox Technologies, Inc. et al; and defendants respectfully move for a four (4) day extension of their deadline to respond to the Amended Complaint, to and including June 6, 2005.  In support of this motion, the undersigned represents as follows:

1.     The requested brief extension is necessary to enable plaintiffs' counsel to consult with his client and finalize the amendment of the Complaint.

2.     This is the second request for an extension of these deadlines.

3.     Counsel for defendants, Michael J. Rye, has no objection to the granting of this motion.

WHEREFORE, parties respectfully request that this motion be granted and that the time for plaintiff to amend the Complaint be extended to May 6, 2005, and defendants time to respond be extended to June 6, 2005.

                                                                        /s/
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Michael J. Rye, Esq.
>Charles F. O'Brien, Esq.
>Cantor & Colburn LLP
>55 Griffin Road South
>Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 2nd day of May, 2004.

_____/s/___
Edward R. Scofield