UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants and <br> Counterclaim Plaintiffs <br><br> v. <br><br> PULSAFEEDER, INC. and <br> IDEX CORP. <br><br> Additional Counterclaim Defendants | **FILED** <br><br> 2005 JUN 27  A 10: 04 <br><br> U.S. DISTRICT COURT <br> BRIDGEPORT, CONN <br><br> Civil Action No. 3:03 CV 01008(SRU) |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANTS TO ANSWER DEFENDANTS/COUNTERCLAIM PLAINTIFFS' COUNTERCLAIMS**

Plaintiff/Counterclaim Defendant, Halox Technologies, Inc. and Additional Counterclaim Defendants, Pulsafeeder, Inc. and Idex Corp., hereby move this Honorable Court to allow an extension of time to answer Defendants/Counterclaim Plaintiffs' Counterclaims up to and including July 8, 2005. Counsel for the Defendants/Counterclaim Plaintiffs, Edward Scofield has assented to this motion.

Respectfully submitted,

_____
Michael J. Rye (ct 18354)
Charles F. O'Brien (ct 22074)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF/COUNTERCLAIM DEFENDANTS TO ANSWER DEFENDANTS/COUNTERCLAIM PLAINTIFFS' COUNTERCLAIMS** was sent via facsimile and mailed, via first-class, postage pre-paid, on the 24th day of June, 2005 to the following counsel of record.

                        Edward R. Scofield, Esq.
                        Zeldes, Needle & Cooper
                        1000 Lafayette Boulevard
                            PO Box 1740
                        Bridgeport, CT 06601-1740

                                  _____
                                  Charles F. O'Brien