UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | |
| : | No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., : | |
| RICHARD SAMPSON and : | |
| ALLISON SAMPSON, : | |
| : | |
| Defendants and Counterclaim : | |
| Plaintiffs, : | |
| : | |
| V. : | |
| : | |
| PULSAFEEDER, INC., and : | |
| IDEX CORP., : | |
| : | |
| Additional Counterclaim : | |
| Defendants. : | |
| : | October 12, 2005 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 6, Fed. R. Civ. P. and Rule 7(b)1(b) of the Local Rules for the District of Connecticut, Defendants respectfully move for an extension of twenty (20) days, up to and including November 1, 2005, in which to respond to plaintiff's Second Set of Requests for Production of Documents and First Set of Interrogatories, dated September 9, 2005. In support of this motion, the undersigned represents as follows:

    1.    The requested extension is necessary to enable defendants' counsel to prepare a response.

    2.    This is the first request for an extension of this deadline.

    3.    Counsel for plaintiff, Michael Rye, has no objection to the granting of this motion.

WHEREFORE, Defendants respectfully request that its motion be granted and that the time for its response be extended up to and including November 1, 2005.

_____/s/_____
Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Attorney for Defendants

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 12, 2005, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

       Dated at Bridgeport, Connecticut on this 12th day of October 2005.

                                                    _____/s/_____
                                                    Edward R. Scofield (CT00455)
                                                    Zeldes, Needle & Cooper
                                                    1000 Lafayette Blvd.
                                                    P.O. Box 1740
                                                    Bridgeport, Connecticut  06606-1740
                                                    Tel. (203) 333-9441
                                                    Fax: (203) 333-1489
                                                    Email: escofield@znclaw.com

                                                    Attorneys for Defendants/Counterclaim Plaintiffs