UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., : | |
|     Plaintiff, : | |
| V. : | |
| : | No. 3:03cv01008 (SRU) |
| DRIPPING WET WATER, INC., : | |
| RICHARD SAMPSON and : | |
| ALLISON SAMPSON, : | |
|     Defendants and Counterclaim : | |
|     Plaintiffs, : | |
| V. : | |
| PULSAFEEDER, INC., and : | |
| IDEX CORP., : | |
|     Additional Counterclaim : | |
|     Defendants. : | |
| : | October 27, 2005 |

**MOTION FOR ADMISSION OF VISITING LAWYER**

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure of this Court, Defendants and Counterclaim Plaintiffs, through their undersigned counsel Edward R. Scofield, move that:

> Frank Frisenda, Jr.
> FRISENDA, QUINTON & NICHOLSON
> 11601 Wilshire Blvd., 5th Floor
> Los Angeles, California 90025
> Telephone: 702/792-3910
> Facsimile: 702/792-3604
> Email: frankfrisenda@aol.com

be admitted as a visiting lawyer before this Court in this proceeding. In accordance with the requirements of Local Rule 83.l(d)l, Attorney Frisenda's Declaration is attached

hereto at Tab A. In further support of this motion, the undersigned represents as follows:

    1.    The granting of this motion will not require modification of any scheduling order entered pursuant to Fed.R.Civ.P. 16(b).

    2.    The undersigned, Edward R. Scofield, a member of Zeldes, Needle & Cooper, P.C., will continue to participate in this action and provide a local office as required by Local Rule 83.1 (c) 1.

    3.    A fee of $25.00 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)2.

    WHEREFORE, the undersigned hereby moves that Attorney Frisenda be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

    Respectfully submitted,

    *[signature]*

    Edward R. Scofield (c100455)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT 06604
    Tel: (203) 333-9441
    Fax: (203) 333-1489
    Email: escofield@znclaw.com

    Attorney for Defendants/
    Counterclaim Plaintiffs

# TAB A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., ) <br> ) <br>     Plaintiff and ) <br>     Counterclaim Defendant,) <br> ) <br>     vs. ) <br> ) <br> DRIPPING WET WATER, INC., RICHARD) <br> L. SAMPSON and ALLISON H. ) <br> SAMPSON, ) <br> ) <br>     Defendants and ) <br>     Counterclaim Plaintiffs. ) <br> _____) <br> ) <br> PULSAFEEDER, INC. and IDEX CORP.,) <br> ) <br>     Additional Counterclaim ) <br>     Defendants. ) <br> _____) | Civil Action No. <br> 3:03 CV 01008 (SRU) |

DECLARATION IN SUPPORT OF PETITION TO ADMIT
ATTORNEY FRANK FRISENDA AS A VISITING ATTORNEY

    The undersigned, being duly sworn, hereby deposes and says as follows:

    1.  I am employed by the law firm of Frisenda, Quinton & Nicholson. My office address, telephone number, facsimile number and email address are as follows:

        Frank Frisenda, Jr.
        FRISENDA, QUINTON & NICHOLSON
        11601 Wilshire Blvd., Suite D
        Los Angeles, California 90025
        Telephone:  (702/792-3910)
        Facsimile:  (702/792-3604)

2. I am a member of the bar, in good standing, of the following courts: the U.S. Supreme Court; U.S. Court of Appeal for Federal Circuit; U.S. District Court, Central District of Califiornia; U.S. District Court, District of Arizona; and the California Supreme Court.

3. I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the United States district Court Local Rules of Civil Procedure for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2005.

_____
Frank Frisenda, Jr.

-2-

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, this date to:

> Michael J. Rye, Esq.
> Charles F. O'Brien, Esq.
> CANTOR & COLBURN LLP
> 55 Griffin Road South
> Bloomfield, CT 06002

Dated at Bridgeport, Connecticut on this 27th day of October, 2005.

Edward R. Scofield