ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Halox Tech. Inc.
V.
Dripping Wet Water, Inc.

APPEARANCE

FILED
2005 NOV -4 A 9:43
US DISTRICT COURT
BRIDGEPORT CT

CASE NUMBER: 3:03 CV 01008 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants and Counterclaim Plaintiffs

Dripping Wet Water, Inc., Richard L. Sampson and Allison H. Sampson

November 3, 2005
**Date**

phv0670
**Connecticut Federal Bar Number**

702/792-3910
**Telephone Number**

702/792-3604
**Fax Number**

frankfrisenda@aol.com
**E-mail address**

Signature (phv0670)

Frank Frisenda
**Print Clearly or Type Name**

11601 Wilshire Blvd., Suite 500
**Address**

Los Angeles, California 90025

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael J. Rye, Esq.
Charles F. O'Brien, Esq.
CANTOR & COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002

(phv0670) Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24