IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> Counterclaim Defendant <br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants. <br> Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP. <br><br> Additional Counterclaim <br> Defendants | |

## MOTION FOR PRO HAC VICE ADMISSION OF GERALD G. SALTARELLI

Motion is hereby made by Plaintiff and Counterclaim Defendant, Halox Technologies, Inc. and Counterclaim Defendants, Pulsafeeder, Inc. and IDEX Corporation, by and through the undersigned, for an order permitting Gerald G. Saltarelli, a Member of the law firm of Butler Rubin Saltarelli & Boyd, LLP, 70 West Madison Street, Suite 1800, Chicago, Illinois, 60602 , to appear and participate in this case pro hac vice, pursuant to D. Conn. L. Civ. R. 83.1(d).

In support of this motion, the undersigned states as follows:

1. The undersigned is a member of this Court and is a Partner with the law firm of Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, Connecticut 06002.

2. Pursuant to D. Conn. L. Civ. R. 83.1(d)(1), submitted contemporaneously herewith and attached hereto as Exhibit A is the Affidavit of Gerald G. Saltarelli.

-2-

3. In accordance with D. Conn. L. Civ. R. 83.1(d)(2), submitted contemporaneously herewith is payment to the Clerk of this Court of a fee of $25.00.

WHEREOFRE, the undersigned respectfully requests that this Court enter an order admitting Gerald G. Saltarelli to appear and participate in the above-captioned action.

Respectfully submitted,

_____
Charles F. O'Brien (ct 22074)
Michael J. Rye (ct 18354)
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile: (860) 286-0115
Email: cobrien@cantorcolburn.com

Attorneys for Halox Technologies, Inc.,
Pulsafeder, Inc. and IDEX Corporation

W0019234v1

## CERTIFICATION

      I hereby certify that a copy of the foregoing MOTION FOR PRO HAC VICE ADMISSION OF GERAL DG. SALTARELLI was mailed, via first-class, postage pre-paid, on January 12, 2005, to the following counsel of record.

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
PO Box 1740
Bridgeport, CT 06601-1740

Frank Frisenda, Esq.
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025

                                               _____
                                               Charles F. O'Brien