IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> Counterclaim Defendant <br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants. <br> Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP. <br><br> Additional Counterclaim <br> Defendants | |

**AFFIDAVIT OF GERALD G. SALTARELLI IN SUPPORT OF**
**MOTION FOR PRO HAC VICE ADMISSION**

I, GERALD G. SALTARELLI, state the following in support of my admission, *pro hac vice*, as counsel for Halox Technologies, Inc., Pulsafeeder, Inc. and IDEX Corporation in this case:

1. I am a Member of the law firm of Butler Rubin Saltarelli & Boyd, LLP, which is located at 70 West Madison Street, Suite 1800, Chicago, Illinois 60602, telephone number: 312-444-9660, fax number: 312-444-9702. I make this Declaration in support of the Motion for Admission Pro Hac Vice filed pursuant to D. Conn. L. Civ. R. 83.1(d).

2. I was admitted to practice in the State of Illinois and in the U.S. District Court, Northern District of Illinois in 1973. I was admitted to practice in the U.S. District Court,

Eastern District of Wisconsin and the Central District of Illinois in 1980. I was admitted into the U.S. Court of Appeals, Seventh Circuit in 1982.

3.  I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed, and am familiar with, the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Chicago, Illinois, this 11th day of January, 2006.

_____
Gerald G. Saltarelli

W0019236v1