UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> Counterclaim Defendant <br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants. <br> Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP. <br><br> Additional Counterclaim <br> Defendants | |

**JOINT MOTION TO AMEND THE SCHEDULED DEADLINES**

The parties jointly move this Honorable Court to modify the Scheduling Order entered by this Court on April 8, 2005 as follows:

1. Pursuant to the current Scheduling Order, all discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), is to be completed by May 8, 2006, and dispositive motions are to be filed on or before June 22, 2006.

2. Pursuant to the current Scheduling Order, the party bearing the burden of proof on a particular claim to which an expert will be called to testify at trial shall designate all such trial experts, exclusive of damages, and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P 26(a)(2) by January 23, 2006. The parties hereby move this Honorable

Court to change the date upon which such expert reports are due from January 23, 2006 to March 24, 2006.

3. Pursuant to the current Scheduling Order, damages analysis is to be provided by any party who has a claim or counterclaim for damages by March 2, 2006. The parties hereby move this Honorable Court to change the date upon which such damages analysis is due from March 2, 2006 to March 24, 2006.

4. Pursuant to the current Scheduling Order, expert rebuttal reports are to be provided to opposing counsel by March 17, 2006. The parties hereby move this Honorable Court to change the date upon which such expert rebuttal reports are due from March 17, 2006 to April 7, 2006.

5. The requested revised dates will not extend or otherwise affect either the date upon which all discovery is set to be completed under the current Scheduling Order, or the date upon which dispositive motions are to be filed under the current Scheduling Order.

| For Plaintiff and Counterclaim Defendants, | For Defendants and Counterclaim Plaintiffs, |
|---|---|
| Charles F. O'Brien (ct 22074)<br>Michael J. Rye (ct 18354)<br>CANTOR COLBURN LLP<br>55 Griffin Road South<br>Bloomfield, Connecticut 06002<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115<br>Date: 1/17/06 | Frank Frisenda, Jr.<br>Admitted *Pro Hac Vice*<br>Frisenda, Quinton & Nicholson<br>11601 Wilshire Blvd., Suite 500<br>Los Angeles, California 90025<br>Telephone: (702) 792-3910<br>Facsimile: (702) 792-3604<br>Date: 1/17/06 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Joint Motion to Amend the Scheduled Deadlines was served via facsimile and regular mail, postage prepaid, on this 17th day of January, 2006 upon:

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, Connecticut 06604
Facsimile: (203) 333-1489

Frank Frisenda, Jr.
Frisenda, Quinton & Nicholson
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
Facsimile: (702) 792-3604

By: _____
Charles F. O'Brien