IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br>Counterclaim Defendant<br>v.<br><br>DRIPPING WET WATER, INC.,<br>RICHARD L. SAMPSON and<br>ALLISON H. SAMPSON,<br><br>Defendants.<br>Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP.<br><br>Additional Counterclaim<br>Defendants | |

### APPEARANCE OF GERALD G. SALTARELLI

Please enter my appearance in this case for Halox Technologies, Inc., Pulsafeeder, Inc. and IDEX Corporation.

Respectfully submitted,

_/s/ Gerald Saltarelli_
Gerald G. Saltarelli
*Pro Hac Vice*
Butler Rubin Saltarelli & Boyd, LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
Telephone No. (312) 444-9660
Fax No. (312) 444-9287
gsaltarelli@butlerrubin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Appearance of Gerald G. Saltarelli was served via regular mail, postage prepaid, on this 20th day of January, 2006 upon:

>Edward R. Scofield, Esq.
>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd., Suite 500
>Bridgeport, Connecticut 06604
>
>Frank Frisenda, Jr.
>Frisenda, Quinton & Nicholson
>11601 Wilshire Blvd., Suite 500
>Los Angeles, California 90025

By: _____
Charles F. O'Brien