IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br>Counterclaim Defendant<br>v.<br><br>DRIPPING WET WATER, INC.,<br>RICHARD L. SAMPSON and<br>ALLISON H. SAMPSON,<br><br>Defendants.<br>Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP.<br><br>Additional Counterclaim<br>Defendants | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

The parties jointly move this Court to modify the current scheduling order. As grounds therefore, the parties state that settlement discussions have recently taken place to resolve this matter. Specifically, the parties recently discussed a resolution of this matter that led to Defendants (also Counterclaim Plaintiffs) extending a written proposal to settle this matter dated March 2, 2006. Plaintiff and Counterclaim Defendants responded with a written counterproposal dated March 10, 2006. The parties are continuing to discuss the resolution of this matter. As the parties are currently making good faith efforts settle this matter, the parties hereby jointly move this Court to amend the current scheduling order by extended the deadlines by forty-five (45) days as follows:

1. Pursuant to the current Scheduling Order, the party bearing the burden of proof on a particular claim to which an expert will be called to testify at trial shall designate all such trial experts, exclusive of damages, and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P 26(a)(2) by March 24, 2006. The parties hereby move this Honorable Court to change the date upon which such expert reports are due to May 9, 2006.

2. Pursuant to the current Scheduling Order, damages analysis is to be provided by any party who has a claim or counterclaim for damages by March 24, 2006. The parties hereby move this Honorable Court to change the date upon which such damages analysis is due to May 9, 2006.

3. Pursuant to the current Scheduling Order, expert rebuttal reports are to be provided to opposing counsel by April 7, 2006. The parties hereby move this Honorable Court to change the date upon which such expert rebuttal reports are due to May 23, 2006.

4. Pursuant to the current Scheduling Order, all discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), is to be completed by May 8, 2006. The parties hereby move this Honorable Court to change the date upon which such expert rebuttal reports are due to June 22, 2006.

5. Pursuant to the current Scheduling Order, dispositive motions are to be filed on or before June 22, 2006. The parties hereby move this Honorable Court to change the date upon which such expert rebuttal reports are due to August 6, 2006.

//
//
//
//

| For Plaintiff and<br>Counterclaim Defendants, | For Defendants and<br>Counterclaim Plaintiffs, |
|---|---|
| */s/*  | */s/ CFB* |
| Charles F. O'Brien (ct 22074)<br>Michael J. Rye (ct 18354)<br>CANTOR COLBURN LLP<br>55 Griffin Road South<br>Bloomfield, Connecticut 06002<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115 | Frank Frisenda, Jr.<br>Admitted *Pro Hac Vice*<br>Frisenda, Quinton & Nicholson<br>11601 Wilshire Blvd., Suite 500<br>Los Angeles, California 90025<br>Telephone: (702) 792-3910<br>Facsimile: (702) 792-3604 |
| Date: 3/15/06 | Date: 3/15/06 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the Joint Motion to Amend the Scheduled Deadlines was served via facsimile and regular mail, postage prepaid, on this 15th day of March, 2006 upon:

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, Connecticut 06604
    Facsimile: (203) 333-1489

Frank Frisenda, Jr.
Frisenda, Quinton & Nicholson
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025
    Facsimile: (702) 792-3604

By: _____
Charles F. O'Brien