IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC., <br><br> Plaintiff, <br> Counterclaim Defendant <br> v. <br><br> DRIPPING WET WATER, INC., <br> RICHARD L. SAMPSON and <br> ALLISON H. SAMPSON, <br><br> Defendants. <br> Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP. <br><br> Additional Counterclaim <br> Defendants | |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the Second Amended Complaint and the Counterclaim in this action, each party to bear its own costs and attorneys fees, all matters in controversy having been fully compromised and settled.

| For Plaintiff and Counterclaim Defendants, | For Defendants and Counterclaim Plaintiffs, |
|---|---|
| *[signature]* | *[signature]* |
| Gerald G. Saltarelli, Esq.<br>Admitted: *Pro Hac Vice*<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, IL 60602<br>Phone: 312-444-9660<br>Fax: 312-444-9287 | Frank Frisenda, Jr.<br>Admitted *Pro Hac Vice* (0670)<br>Frisenda, Quinton & Nicholson<br>11601 Wilshire Blvd., Suite 500<br>Los Angeles, California 90025<br>Telephone: (702) 792-3910<br>Facsimile: (702) 792-3604 |
| - and - | - and - |
| Charles F. O'Brien (ct 22074)<br>Michael J. Rye (ct 18354)<br>Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, Connecticut 06002<br>Telephone: (860) 286-2929<br>Facsimile: (860) 286-0115 | Edward R. Scofield, Esq. (CT00455)<br>Zeldes, Needle & Cooper PC<br>1000 Lafayette Blvd., Suite 500<br>Bridgeport, CT 06604<br>Phone: (203)333-9441<br>Fax: (203)333-1489 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Stipulation to Dismiss with Prejudice was served via first class mail, postage prepaid, on this 15th day of June, 2006 upon:

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, Connecticut 06604

Frank Frisenda, Jr.
Frisenda, Quinton & Nicholson
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025

Gerald G. Saltarelli, Es.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602

By: _____
Charles P. O'Brien