IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HALOX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br>Counterclaim Defendant<br>v.<br><br>DRIPPING WET WATER, INC.,<br>RICHARD L. SAMPSON and<br>ALLISON H. SAMPSON,<br><br>Defendants.<br>Counterclaim Plaintiffs | Civil Action No. 3:03CV01008 (SRU) |
| PULSAFEEDER, INC. and IDEX CORP.<br><br>Additional Counterclaim<br>Defendants | |

## [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY ORDERED, that plaintiff's second amended complaint and defendants' counterclaims are hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

**SO ORDERED** this _____ day of _____, 2006

_____
Honorable Stefan R. Underhill
Judge of the United States District Court
For the District of Connecticut

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the [Proposed] Order of Dismissal with was served via first class mail, postage prepaid, on this 23rd day of June, 2006 upon:

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, Connecticut 06604

Frank Frisenda, Jr.
Frisenda, Quinton & Nicholson
11601 Wilshire Blvd., Suite 500
Los Angeles, California 90025

Gerald G. Saltarelli, Es.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602

By: _____
Charles E. O'Brien